STATE OF CONNECTICUT *v.* OMAR BAHAMONDE
(7406)

BORDEN, DALY and FOTI, Js.

Argued February 6—decision released February 15, 1990

*Burton M. Weinstein,* for the appellant (defendant).

*Frederick W. Fawcett,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Henry Lyons,* assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant appeals from the judgment of conviction, rendered after a jury trial, of manslaughter in the first degree with a firearm in violation of General Statutes § 53a-55a.[1] He claims that the trial court erred (1) in its instruction to the jury after a report of deadlock, (2) in its instructions on reasonable doubt, and (3) in denying his motion for judgment of acquittal.

After a plenary review of the record, transcripts and briefs, and after affording each claim of error the appropriate scope of review, we conclude that all claims are without merit. *Schiavone* v. *Schiavone,* 18 Conn. App. 825, 559 A.2d 1192 (1989).

There is no error.

---

[1] The defendant was charged with the crime of murder in violation of General Statutes § 53a-54a (a), but was found guilty of the lesser included offense.